UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEANNA SMITH, | ) |
|       Plaintiff, | ) Case No.: 4:18-cv-12505 |
| v. | ) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | ) |
|       Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DEANNA SMITH, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: October 4, 2018

                        Respectfully submitted,
                        AGRUSS LAW FIRM, LLC

                By: /s/ Michael Agruss
                        Michael Agruss, ARDC No. 6281600
                        4809 N. Ravenswood Avenue, Suite 419
                        Chicago, IL 60640
                        312-224-4695 – office
                        312-253-4451 – facsimile
                        michael@agrusslawfirm.com
                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 4, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael S. Agruss
Michael S. Agruss, ARDC No. 6281600