UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA SMITH,

    Plaintiff(s),

V.                                    CASE NO. 18-12505
                                        HON. LINDA V. PARKER

CHW GROUP INC. d/b/a
CHOICE HOME WARRANTY

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 9] on November 20, 2018; Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated: November 30, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2018, by electronic and/or ordinary mail.

                                        s/R. Loury
                                        Case Manager